IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TROY YEARBY, | : |
| Petitioner, | : |
| vs. | : CASE NO. 3:04-CV-83-CAR |
| | : 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : RE: CASE NO. |
| | : 3:01-CR-2-HL(CAR) |
| Respondent. | : |

## *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 424] to deny Petitioner Yearby's Motion to Vacate, Set Aside, or Correct Sentence [Doc. 386]. Plaintiff filed an Objection to this Recommendation [Doc. 426]. The Court, having considered the matter, agrees with the Recommendation. Therefore, the Recommendation is **HEREBY ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED this19th day of July, 2005.

s/ C. Ashley Royal
**C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE**

LTH