**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **TROY YEARBY,** | : | |
| | : | |
| **Petitioner,** | : | **Case No.: 3:06-cv-20 (CAR)** |
| | : | **28 U.S.C. § 2255** |
| **v.** | : | **Case No.: 3:01-cr-2 (CAR)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |

_____

### *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 474] that

Petitioner's Rule 60(b) motion in the above-captioned case be dismissed for failure to set forth any

procedural claim upon which the Court may grant relief.  Petitioner filed an Objection [Doc. 476]

to the Recommendation.   After considering the Recommendation, the Objection, and the relevant

law, the United States Magistrate Judge's Recommendation [Doc. 474] is hereby **ADOPTED** and

**MADE THE ORDER OF THE COURT**.


**SO ORDERED**, this 5th day of July, 2006.


S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE


AEG